NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MORRIS MAY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5109

---

Appeal from the United States Court of Federal Claims in No. 11-CV-774, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

Morris May submits a motion to "expedite, transfer, strike, reverse and remand, and for relief." The court considers whether May's submission should be treated as his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) May's submission is treated as a reply brief, and is accepted for filing.

MORRIS MAY v. US                                                    2

    (2) A copy of this order shall be transmitted to the merits panel assigned to decide this case.

FOR THE COURT


 /s/ Jan Horbaly   
Jan Horbaly
Clerk

s21